# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
### Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

April 20, 2020

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #34. SO ORDERED.

*[Signature]*

April 20, 2020

Re: United States v. Gary Turner
    18 Cr. 310 (JMF)

Dear Judge Furman:

I represented Mr. Gary Turner in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 19.3 hours assisting me in this matter. Much of that time involved work in reviewing the pre-sentence report and working on his sentencing submission.

Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $110.00 for associate time spent representing Mr. Turner in this matter. Thank you very much.

Sincerely,

*[Signature]*

Jeremy Schneider

JS/sc