# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

April 30, 2020

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Peal Street
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. 36.

SO ORDERED.

*[signature]*

April 30, 2020

Re: United States v. Gary Turner
    18 Cr. 310 (JMF)

Dear Judge Furman:

I was appointed lead counsel for Gary Turner at his presentment on May 1, 2018, and my partner David Stern was appointed learned counsel on May 4, 2018. On November 16, 2018, the Government filed notice that it would not seek the death penalty against Mr. Turner (ECF 18). Because there is no Preliminary Order in this case, capital rates for attorney compensation are not applied starting on our respective dates of appointment.

Therefore, Mr. Stern and I respectfully request that your Honor authorize the capital rates *nunc pro tunc* to our respective appointment dates.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

*[signature]* (SC)

Jeremy Schneider

JS/sc